UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHANIE ELAIN DAVIS,

Plaintiff,

v.

SHAUN WILLIAM DAVIS,

Defendant.

No. 2:25-cv-00555 DAD CKD (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND

(Doc. No. 4)

Plaintiff initiated this civil action by filing a complaint on February 19, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On April 16, 2025, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because plaintiff did not assert any federal claims against the named defendant and no basis for federal jurisdiction appeared from the face of plaintiff's complaint. (Doc. No. 3.) Accordingly, the magistrate judge directed plaintiff to file an amended complaint within thirty (30) days of the service of that order curing the noted pleading deficiencies and warned plaintiff that her failure to do so would result in a recommendation that this action be dismissed. (*Id.* at 2.) Although plaintiff was served with that order she did not file an amended

complaint within the time provided nor did she otherwise communicate with the court. Accordingly, on May 8, 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed due to lack of federal jurisdiction. (Doc. No. 4.) Given the nature of the pleading deficiencies noted by the magistrate judge, the undersigned finds that the granting of leave to amend would be futile.

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) Plaintiff has not filed any objections to those findings and recommendations and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The May 8, 2025 findings and recommendations (Doc. No. 4) are adopted in full;
2. This action is dismissed without leave to amend for lack of federal jurisdiction; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE